IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:14-CV-63-D

| | | |
|---|---|---|
| JOSEPH W. HOFFLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHARLES HAGEL, | ) | |
| *Secretary of Defense*, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

UPON CONSIDERATION of Defendants' Motion to Stay Discovery, and for good cause shown,

IT IS HEREBY ORDERED that the Defendants' Motion is GRANTED; and IT IS FURTHER ORDERED that discovery is stayed pending the Court's ruling on Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment. After entry of such Order on Defendants' Motion, the Court will reset deadlines as necessary.

SO ORDERED, this the 9 day of March, 2015

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE

1