IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:14-CV-63-D

| | | |
|---|---|---|
| JOSEPH W. HOFFLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHARLES HAGEL, | ) | |
| *Secretary of Defense*, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

For good cause having been shown upon the motion of the Defendants, it is hereby ORDERED that Exhibits C and G attached to Plaintiff's Complaint filed on October 17, 2014, as DE ## 1-2 and 1-7, and re-filed as exhibits to Plaintiff's Amended Complaint on January 6, 2015, as DE ## 18-2 and 18-7, be sealed.

So ORDERED. This _2_ day of _June_ 2015.

JAMES C. DEVER III
Chief United States District Judge