UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

JOSEPH W. HOFFLER, )
)
       Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. ) **CASE NO. 2:14-CV-63-D**
)
CHARLES HAGEL, *Secretary of Defense,* and )
DEBORAH LEE JAMES, *Secretary of the Air Force,* )
)
       Defendants. )

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the court GRANTS IN PART and DENIES IN PART defendants' motion to dismiss for lack of subject-matter jurisdiction. The court GRANTS defendants' alternative motion for summary judgment on Hoffler's APA claim. The clerk shall close the case.

This Judgment Filed and Entered on August 11, 2015, and Copies To:
Joseph W. Hoffler        (via US Mail, 1985 Center Hill Highway, Hertford, NC 27944)
Matthew Lee Fesak        (via CM/ECF Notice of Electronic Filing)


DATE                                 JULIE RICHARDS JOHNSTON, CLERK OF COURT
August 11, 2015
                                      /s/ Crystal Jenkins
                                      (By): Crystal Jenkins, Deputy Clerk